MORRIS N. SCHARF, PROSECUTOR-APPELLANT, v. RECORDER'S COURT OF THE BOROUGH OF RAMSEY, ET AL., DEFENDANTS-RESPONDENTS.

Argued November 1, 1948—Decided November 8, 1948.

Mr. John W. Ockford argued the cause for the prosecutor-appellant (Mr. Morris N. Scharf, pro se, and Mr. Milton T. Lasher, attorneys).

Mr. James A. Major argued the cause for the defendants-respondents (Mr. Romeo R. Napolitano, attorney).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Colie in the Court below.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal:* None.